**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7567**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

AMARILDO FILSAIME,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  William L. Osteen, District Judge.  (CR-96-212, CA-99-1101)

———————

Submitted:  January 11, 2001          Decided:  January 19, 2001

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Amarildo Filsaime, Appellant Pro Se.  Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amarildo Filsaime seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Filsaime, Nos. CR-96-212; CA-99-1101 (M.D.N.C. filed Aug. 17, 1999; entered Aug. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED